RECEIVED MAR 26 2021 CLERK, U.S. DISTRICT COURT RICHMOND, VA
FILED MAR 31 2021 CLERK, U.S. DISTRICT COURT RICHMOND, VA
Hudson
3:21cv213
RECEIVED 2021 MAR 25 PH 12:28 COURT OF APPEALS FOURTH CIRCUIT

U S District Court
1100 East Main St.
Suite 302
Richmond Va. 23219-3525
George Rainey 20170789-A3-1
I have Diabetic I am 76 Year old never been
Hypertension       in Troble
acid Reflect
Broncitos
Two Recent Hip Replace
one Knee Replace
Have a plate in Back of MY neck which is
Holding MY Spine Together
I have a open wound on MY Back That
Bleeds all The Time nobody no what
is
arthritis Can't walk sometime
memory Lost real Bed
I have The Covid-19 This Jail is Full of
I am been set up I been try to get out
before The Covid get there But They won't Let
me go There is to case no CR17000984-00
CR19000-918-00 and Case no C119-1064 Tell
it all I am Trying to get some one To see my
side when I went To Court all went on was
a Lie after Lie, they will Let on The
Stand That not Wright, it all about money
Alexander Raymond Toll me Tha The appeals
MY Case Jan. but he never did so commonwealth
attorney Stephanie Fitzgerald is Behine
This Hole Thank She don't want me out of Jail
she Retained Alexander Raymond For me I did.
I Pay attorney Frost PC $2500.00 when we get
To Court Alexander Raymond said That Frost

<tt>2</tt>

Was Takeing off my Case and pit him back on The Case and did Tell me any Thing That was not it To be Alexander Raymond was Retained For CR-17000 984-00 and CR 19000 918-00 by the DIA That not here Call. I just holp Some one Can Help me or Tell me how To get out of here so I can go get some help. I Can't used my Left arm or my hand. I Pass out in here on 1-5-21 my heart press was 44 my sugar 71 Blood press under 100, I was give the wrong medicase That why I Have a Heart monitor Brian White or moran was In my yard takeing a Car and I Thank he hit his eye o something is That Because he is white he Can go in my yard and do what he want to do. Somebody is Try To get some money. They said Dr. bill is one Hundred and Twenty Thousand dollars when You go To mary washington Hospitals and You don't have Insure social security pay your Dr. Bill and his Dr Bill was not That much. I want To moual my Trial To Richmond va so That I could get a Fair Trial I Just need some one To help me or Tell me Where I Can get Help a re Trial is what I need and out The door I go

Thank you
George Rainey

George Raincl#2017078q-A3-1
Rappahanock Rejional Jail
P.o.Box 3300
Stafford Va. 22555



MAR 25 2021

U.S. District Court
1100 East Main St.
#302
Richmond Va. 23219-3525
Legal Mail

Legal Mail