IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GEORGE RAINEY,**

    Plaintiff,

v.                              Civil Action No. **3:21CV213**

**UNKNOWN,**

    Defendant.

**MEMORANDUM ORDER**
**(Directing Plaintiff's Place of Incarceration to Cease Collecting the
Filing Fee and Refusing Plaintiff's Requests for a Refund of the Filing Fee)**

By Memorandum Opinion and Order entered on November 2, 2021, the Court dismissed this action without prejudice because Plaintiff failed to comply with the Court's directive to file a particularized complaint. Plaintiff did not appeal and the time for doing so has expired.

Since the conclusion of this matter, Plaintiff's place of incarceration has continued to incrementally collect the filing fee and submit partial payments on his behalf. Plaintiff has now paid the full filing fee for the present action. Accordingly, the accounting department at Plaintiff's place of incarceration is DIRECTED to cease collecting fees for the present action.

Plaintiff has submitted two letters requesting that the Court refund the money that was collected to satisfy his filing fee. (ECF Nos. 21, 25.) Plaintiff initiated this lawsuit on March 31, 2021. On May 26, 2021, Plaintiff filed a "Consent to Collection of Fees," stating that he understood that he "must pay a filing fee in the amount of $350.00," and that he "must make monthly payments towards the balance of the $350.00 filing fee." Plaintiff advances no persuasive reason for the Court to return the filing fee and remains liable for the full $350.00. *See* 28 U.S.C. § 1915(b)(1) ("[I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner

shall be required to pay the full amount of a filing fee."). Accordingly, Plaintiff's letter requests for a refund (**ECF Nos. 21, 25**) are DENIED.

Plaintiff has also filed a successive motion for leave to proceed *in forma pauperis*. (ECF No. 23.) By Memorandum Order entered on June 25, 2021, the Court granted Plaintiff's initial request for leave to proceed *in forma pauperis*. (*See* ECF No. 10.) Accordingly, Plaintiff's successive Motion for leave to proceed *in forma pauperis* (**ECF No. 23**) is DENIED AS MOOT.

Finally, Plaintiff has submitted an incomplete form for initiating a prisoner complaint. (ECF No. 24.) Plaintiff's submission is not an appropriate complaint, as Plaintiff has merely included his name, his address, and checked a few boxes; Plaintiff does not name any defendants or include any factual allegations. In any event, the Court has dismissed this action from its docket and no further action will be taken in this case. To the extent that Plaintiff desires to litigate his underlying claims, he may file a new complaint that will be filed as a new civil action. The Clerk is DIRECTED to send Plaintiff a standardized form for filing 42 U.S.C. § 1983 action without any case number written on it.

The Clerk is DIRECTED to send a copy of this Memorandum Order to Plaintiff and the accounting department at Plaintiff's place of incarceration.

It is so ORDERED.

/s/ [signature]

Elizabeth W. Hanes
United States Magistrate Judge

Date: May 26, 2022
Richmond, Virginia