Case 3:21-cv-00213-HEH-MRC   Document 43   Filed 06/08/23   Page 1 of 1 PageID# 180

RECEIVED
JUN -8 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

George Rainey 1889801-2A-29B
Centralized Mail Dist. Center
3521 Woods Way
State Farm Va. 23160

5-26-23

Judge Elizabeth W. Hanes

Civil Docket for Case 3:21-CV-00213-HEH-EWH, I pay $350.00 for this no Case George Rainey v unknown I wrote about three time and ask for a name that I was fielding agian, if you did have a name, stop Haynesville from takeing my money. the money that had been takeing, I will like a refund. I was toll that they had to keep takeing the money unless you'll toll them to stop I need to no if the money was return or not. it been sometime know

Sincerely your
George Rainey