George Rainey 889801-2A-29B     7-10-23
Centralized Mail Dist. Center
3521 Woods Way
State Farm Va. 23160
Case No 3:21-CV-00213
Henry E. Hudson
Fernado Galindo Clerk

This is the four letter I have wrote about my money I don't no why I can't received my money back. What I am thanking my money was parker, will I have to field a motion to get my money. I have ask for someone to let me no what going on one way or another if I don't soon here something, I get my attorney to field a motion

Sincerely
George Rainey

Judge Henery E. Hudson
referred to Magistrate Judge Elizabeth W ms Hanes

